**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

            **Case Number**   11−12823−BFK
            **Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  John P. Foster
  7778 Citation Dr.
  Marshall, VA 20115

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−9983

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on February 22, 2012 dismissing the above−captioned case.

Dated: February 22, 2012                                 For the Court,

                                                                              William C. Redden, Clerk
[VAN015vDec2009.jsp]                                  United States Bankruptcy Court

In re:                                                                    Case No. 11-12823-BFK  
John P. Foster                                                            Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: voehle      Page 1 of 3      Date Rcvd: Feb 22, 2012  
                     Form ID: VAN015      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2012.

```
db          +John P. Foster,    7778 Citation Dr.,    Marshall, VA 20115-2606
10401506    +ALLGATE FINANCIAL LLC,    707 SKOKIE BLVD STE 375,    NORTHBROOK, IL 60062-2882
10458444    +At&T Credit Management Center,    PO Box 80701,    Charleston, SC 29416-0701
10444515     BB&T Bankruptcy,    PO Box 1847 Wilson NC 27894
10401502    +CITIFINANCIAL,    300 SAINT PAUL PL,    BALTIMORE, MD 21202-2120
10401500    +CREDIT CONTROL CORP,    11821 ROCK LANDING DR,    NEWPORT NEWS, VA 23606-4207
10401498     DEMP/GE MONEY BANK LOWES,    PO BOX 103065,    ROSWELL, GA 30076
10401496    +I C SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
10403913    +John Carter Morgan, Jr., PLLC,    98 Alexandria Pike,    Suite 10,    Warrenton, VA 20186-2849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           E-mail/Text: bankruptcy@bbandt.com Feb 23 2012 04:59:47     Branch Banking & Trust Company,
              Bankruptcy,    Attn: Tom Boyd,    PO Box 1847,    Wilson, NC  27894
10401504    +EDI: BANKAMER2.COM Feb 23 2012 04:28:00      BANK OF AMERICA,    PO BOX 1598,
              NORFOLK, VA 23501-1598
10401503     E-mail/Text: bankruptcy@bbandt.com Feb 23 2012 04:59:47     BB&T,    PO BOX 1847,
              WILSON, NC 27894
10401499    +EDI: TSYS2.COM Feb 23 2012 04:28:00      DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
10481635     EDI: RESURGENT.COM Feb 23 2012 04:28:00      GE Money Bank,    c/o B-Line, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
10653127     EDI: RMSC.COM Feb 23 2012 04:28:00      GE Money Bank,    c/o Recovery Management Systems Corporat,
              25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
10401497    +EDI: RMSC.COM Feb 23 2012 04:28:00      GEMB/JCP,    PO BOX 981402,    EL PASO, TX 79998-1402
10458445     EDI: RMSC.COM Feb 23 2012 04:28:00      Gemb/ge Money Bank Lowes,    PO Box 103065,
              Roswell, GA 30076
10401496    +EDI: ICSYSTEM.COM Feb 23 2012 04:28:00      I C SYSTEM INC,    PO BOX 64378,
              SAINT PAUL, MN 55164-0378
10458446     EDI: IRS.COM Feb 23 2012 04:28:00      Internal Revenue Service,    Insolvency Units,
              400 North Eighth St, Box 76,    Richmond, VA 23219
10642823     EDI: IRS.COM Feb 23 2012 04:28:00      Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
10964698    +E-mail/Text: bknotice@ncmllc.com Feb 23 2012 05:00:04      National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
10545598     EDI: PRA.COM Feb 23 2012 04:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
10532584     EDI: RECOVERYCORP.COM Feb 23 2012 04:28:00      Portfolio Investments I LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10401495    +EDI: SEARS.COM Feb 23 2012 04:28:00      SEARS/CBSD,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
10401494    +E-mail/Text: lbuneta@sovereignbank.com Feb 23 2012 05:17:39     SOVEREIGN BANK,
              1130 BERKSHIRE BLVD 3RD FL,    READING, PA 19610-1242
10458443    +E-mail/Text: tfbsecurity@fauquierbank.com Feb 23 2012 05:16:59     The Fauquier Bank,
              PO Box 561,    Warrenton, VA 20188-0561
10458447    +EDI: AFNIVERIZONE.COM Feb 23 2012 04:28:00      Verizon Va,    500 Technology Dr.,
              Weldon Spring, MO 63304-2225
10401493    +EDI: WFFC.COM Feb 23 2012 04:28:00      WELLS FARGO HOME MORT.,    PO BOX 10335,
              DES MOINES, IA 50306-0335
10465205    +EDI: WFFC.COM Feb 23 2012 04:28:00      Wells Fargo Home Mortgage, Inc.,    1 Home Campus,
              MAC #X2302-04C,    Des Moines, IA 50328-0001
10421330     EDI: ECAST.COM Feb 23 2012 04:28:00      eCAST Settlement Corporation SUCCESSOR to FIA Card,
              Services aka Bank of America,    POB 29262,    New York NY 10087-9262
10421332     EDI: ECAST.COM Feb 23 2012 04:28:00      eCAST Settlement Corporation assignee of,
              CitiFinancial Inc,    POB 29262,    New York NY 10087-9262
                                                                                              TOTAL: 22
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              United States of America
cr              Wells Fargo Bank, NA
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Ste. 230,    Memphis, TN 38125-1741
10401505*      +BANK OF AMERICA,    PO BOX 1598,    NORFOLK, VA 23501-1598
10401501*      +CREDIT CONTROL CORP,    11821 ROCK LANDING DR,    NEWPORT NEWS, VA 23606-4207
10563544*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541)
                                                                                TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**                        **Signature:**      *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2012 at the address(es) listed below:

        Eric David White   on behalf of Creditor   Wells Fargo Bank, NA ewhite@siwpc.com, kphares@siwpc.com;jtalley@siwpc.com;hfoy@siwpc.com;mfreeman@siwpc.com;kpittman@siwpc.com;naquilina@siwpc.com;dcarter@siwpc.com;mwentz@siwpc.com;amorris@siwpc.com;klane@siwpc.com;charding@siwpc.com;thonn@siwpc.com;

        Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov

        Thomas P. Gorman   ch13alex@gmail.com,  tgorman26@gmail.com

        TOTAL: 3